STATE OF MAINE

CUMBERLAND, ss.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. AP 03-11

ROBERT P. MALIK,

Petitioner

v.

MAINE UNEMPLOYMENT
INSURANCE COMMISSION &
ANDERSON WATKINS INSURANCE COMPANY,

Respondents

DONALD L. GARBRECHT
LAW LIBRARY

AUG 1 1 2003

ORDER

STATE OF MAINE
Cumberland, ss, Clerk's Office
SUPERIOR COURT

JUL 3 1 2003

RECEIVED

The record shows that Petitioner Malik failed to file a timely appeal from an adverse decision of the Division of Administrative Appeals to the Unemployment Insurance Commission. Therefore, this court shall dismiss Petitioner Malik's present appeal. McKenzie v. Maine Unemployment Sec. Comm'n., 453 A.2d 505, 509 (Me. 1982) ("The specific periods of appeal statutorily affixed to the several steps in the chain of administrative review are jurisdictional and mandatory.").

Dated: July 31, 2003

Roland A. Cole
Justice, Superior Court

Date Filed 02/06/03     Cumberland     Docket No. AP-03-11

County

Action 80C Appeal

ROBERT P. MALIK

STATE OF MAINE UNEMPLOYMENT INSURANCE
COMMISSION

ANDERSON-WATKINS INSURANCE

vs.

| Plaintiff's Attorney | Defendant's Attorney |
|---|---|
| PRO SE<br>286 Woodford Street, Apt. 1<br>Portland, ME 04103 | Elizabeth J. Wyman<br>Pamela W. Waite<br>Assistant Attorneys General<br>6 State House Station<br>Augusta, Maine 04333-0006<br><br>Stephen P. St. Angelo (Anderson-Watkins In<br>31 Central Street<br>Westbrook, Maine 04092 |

Date of